**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 96-50106**
**Summary Calendar**
_____

**GUILLERMO V. MALDONADO,**

**Plaintiff - Appellant,**

**versus**

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**

**Defendant - Appellee.**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**( SA-95-CV-76 )**
_____

July 29, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Guillermo Maldonado appeals from the adverse summary judgment in his employment discrimination action, in which he claimed that USAA violated his rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, _et seq._ Maldonado claimed that he had been denied promotion on the basis of his national origin, and that USAA had retaliated against him for his opposition to perceived discriminatory employment practices.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Pursuant to FED. R. CIV. P. 56 and the requisite *de novo* review of the record, we affirm for essentially those reasons stated by the district court in its detailed and comprehensive opinion.

***AFFIRMED***